**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1815**

---

WILSONIA E. GORHAM,

 Plaintiff - Appellant,

 versus

CATALYTICA PHARMACEUTICALS, INC.,

 Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-01-104-H-4)

---

Submitted:  November 19, 2003          Decided:  February 23, 2004

---

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wilsonia E. Gorham, Appellant Pro Se. Zebulon Dyer Anderson, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilsonia E. Gorham appeals the district court's order granting summary judgment in favor of her former employer in her civil action in which she alleged her employment was terminated in violation of the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Gorham v. Catalytica Pharmaceuticals, Inc.</u>, No. CA-01-104-H-4 (E.D.N.C. May 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>